UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA : | **SEALED** |
| -v- : | ORDER |
| CARLOS MANUEL BETANCES LUNA MERA, : | 18 CR 407 (KMW) |
| Defendant. : | |

---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

The parties are directed to appear on June 26, 2018, at 3:00 p.m.

The Government has an exclusion of time from now to the date of the conference, because the parties are in discussion about a possible disposition short of trial and need time to review discovery.

The Court excludes the time from today until June 26, 2018, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to review discovery and discuss a disposition of this case short of trial.

Dated: New York, New York
       June 20, 2018

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE