UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **SEALED** |
| -v- | : | ORDER |
| CARLOS MANUEL LUNA MERA, | : | 18 CR 407 (KMW) |
| Defendant. | : | |

-----------------------------------------------------------X

KIMBA M. WOOD, District Judge:

The parties are directed to appear on July 26, 2018, at 12:30 p.m.

Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for June 26, 2018, because defense counsel is engaged in a trial in New York Supreme Court.

The Court excludes the time from today until July 26, 2018, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(B). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, in order to allow the defendant continuity of counsel.

Dated: New York, New York
June 22, 2018
     25

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE