**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA              :

    -v-                                                        :          ORDER

CARLOS MANUEL BETANCES LUNA MERA,   :          18 CR 407 (KMW)

                 Defendant.              :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on October 22, 2018, at 11:00 a.m.

    Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for September 17, 2018, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until October 22, 2018, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
        September 12, 2018

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                                  UNITED STATES DISTRICT JUDGE