UNITED STATES DISTRICT COURT               **SEALED**
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA                  :

    -v-                                    :                    ORDER

CARLOS MANUEL BETANCES LUNA MERA,   :               18 CR 407 (KMW)

       Defendant.              :

---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on November 28, 2018, at 10:30 a.m.

    The Government has requested an adjournment of the pre-trial conference scheduled for

October 22, 2018, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until November 28, 2018, from the running of

the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the

granting of such a continuance best serves the ends of justice and outweighs the best interest of

the public and the defendant in a speedy trial because the parties need this additional time to

discuss a disposition of this case short of trial.

Dated: New York, New York
      October 24, 2018
        24 - KMW

                              _____
                                  KIMBA M. WOOD
                       UNITED STATES DISTRICT JUDGE