UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA           :

    -v-                                :

CARLOS MANUEL BETANCES LUNA MERA,  :

    Defendant.                     :

------------------------------------------------------------X

**SEALED**

ORDER

18 CR 407 (KMW)

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on January 3, 2019, at 10:30 a.m.

    Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for November 28, 2018, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until January 3, 2019, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       November 26, 2018

                                          *Kimba M. Wood*
                                          KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE