UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SEALED**

------------------------------------------------------------X

UNITED STATES OF AMERICA   :

-v-   :   ORDER

CARLOS MANUEL BETANCES LUNA MERA,   :   18 CR 407 (KMW)

Defendant.   :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

The parties are directed to appear on February 7, 2019, at 2:45 p.m.

Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for January 3, 2019, because the parties are in discussion about a possible disposition short of trial.

The Court excludes the time from today until February 7, 2019, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       January 2, 2019

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE