**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA      :

    -v-      :      ORDER

CARLOS MANUEL BETANCES LUNA MERA,   :      18 CR 407 (KMW)

    Defendant.      :

-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on May 29, 2019, at 11:00 a.m.

    The Government has requested an adjournment of the next pre-trial conference scheduled for April 29, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until May 29, 2019, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       April 29, 2019

                                            *Kimba M. Wood*
                                            KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE