UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA                :

    -v-                                                              :

CARLOS MANUEL BETANCES LUNA MERA,  :

                    Defendant.            :

------------------------------------------------------------X

**SEALED**

ORDER

18 CR 407 (KMW)

KIMBA M. WOOD, District Judge:

    A control date for a conference is scheduled for Tuesday, June 18, 2019.

    The parties requested an adjournment of the pre-trial conference scheduled for May 29, 2019, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until June 18, 2019, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
        May 30, 2019

                                               /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE