UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA          :

    -v-                                                      :         **SEALED**

CARLOS MANUEL BETANCES LUNA MERA,  :         ORDER
                                                                18 CR 407 (KMW)

                Defendant.                     :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    A control date for the next conference is scheduled for August 2, 2019.

    The Government has requested a control date be set for the next pre-trial conference, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until August 2, 2019, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
         July 16, 2019

                                                              /s/ Kimba M. Wood
                                                             KIMBA M. WOOD
                                              UNITED STATES DISTRICT JUDGE