UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **SEALED** |
| -v- | : | ORDER |
| CARLOS MANUEL BETANCES LUNA MERA, | : | 18 CR 407 (KMW) |
| Defendant. | : | |

-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on August 16, 2019.

    The parties have requested an adjournment of the control date for the next pre-trial conference scheduled for August 2, 2019, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until August 16, 2019, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       August 5, 2019

                                                                KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE