UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA           :

    -v-                                :           ORDER

CARLOS MANUEL BETANCES LUNA MERA,  :           18 CR 407 (KMW)

        Defendant.                 :

----------------------------------------------------------------X

SEALED

KIMBA M. WOOD, District Judge:

    A control date for the next conference is set for September 20, 2019.

    The parties have asked for a control date for the next conference, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until September 20, 2019, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       September 3, 2019

                                                    _____
                                                         KIMBA M. WOOD
                                                    UNITED STATES DISTRICT JUDGE