**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :
                                      :   ORDER
   - v. -                             :
                                      :   S1 18 Cr. 407 (KMW)
CARLOS MANUEL BETANCES LUNA MERA,     :
                                      :
                 Defendant.           :
                                      :
- - - - - - - - - - - - - - - - - - -x

WHEREAS, with the consent of the defendant, CARLOS MANUEL BETANCES LUNA MERA, his guilty plea allocution was taken before a United States Magistrate Judge on October 2, 2019; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York

         10-31-19

                                  _____
                                  THE HONORABLE KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK