

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2020

Via Email
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Carlos Betances Luna Mera*, S1 18 Cr. 407 (KMW)

Dear Judge Wood:

The Government writes to request that the Court unseal the filings in this case. On or about October 2, 2019, the defendant pleaded guilty pursuant to a cooperation agreement with the Government. The Government anticipates that the defendant will testify in the trial in *United States v. Joshua Adam Schulte*, S2 17 Cr. 548 (PAC), likely as early as February 24, 2020. Accordingly, there is no longer a basis to keep the case sealed, and the Government respectfully submits that unsealing is appropriate.

*Granted. KMW*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
David W. Denton, Jr.
Sidhardha Kamaraju
Matthew Laroche
Assistant United States Attorneys
Tel.: 212-637-2744 / 6523 / 2420

Cc: Defense Counsel (via Email)

SO ORDERED: 2-25-20 N.Y., N.Y.

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.