UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

CARLOS BETANCES LUNA MERA

                           Defendant.
-------------------------------------------------------------x

18 CR 407 (KMW)

SENTENCING SCHEDULING ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/22

KIMBA M. WOOD, District Judge

    The Defendant is scheduled to be sentenced on November 16, 2022 at 11:30 a.m.

    The Presentence Investigation Report is due to the Court on November 9, 2022.

    Any sentencing submissions by Defendant must be made by November 10, 2022, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

    The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing. All counsel must review the Court's Individual Rules before submitting sentencing memoranda.

    Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

    Any response or other submission from the Government is due November 14, 2022.

SO ORDERED

Dated: New York, New York
       August 2, 2022

                                                 KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE