**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/24/22
```

October 22, 2022

Hon. Kimba Wood
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: **United States v. Carlos Betance Luna Mera,**
~~16 Cr. 670~~ (KMW)
18 Cr. 407

Your Honor:

I write to request that the Court issue an Order assigning me to represent Mr. Betance, nunc pro tunc, to February 12, 2020, pursuant to the Criminal Justice Act. On that date, I was assigned to represent Mr. Betance as a witness by Judge Lerhberger based on his involvement in another matter. However, I have also been advising Mr. Betance on the matter before this court. As the Court may be aware, Mr. Betance's earlier attorney Jorge Guttlein and I was assigned to replace him.

Granted
KMW

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

*Kimba M. Wood*

HON. KIMBA M. WOOD