**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/22

October 31, 2022

Hon. Kimba Wood
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: **United States v. Carlos Betance Luna Mera,**
     **18 Cr. 407 (KMW)**

Your Honor:

I write to request an adjournment of Mr. Betance's sentence currently scheduled for November 16, 2022. I have yet to receive the final presentence report and need time to meet with Mr. Betance and review it.

The government, by Sebastian Swett, Esq., consents to this application. Therefore, I request that sentence be adjourned to a date in mid-late December, exclusive of December 24-31, 2022.

Respectfully,

*Lisa Scolari*

Lisa Scolari

*Sentencing is adjourned to December 14, 2022, at 3:00 p.m. Defendant's submission is due by November 30. Government submission is due by December 7.*

SO ORDERED: 11/4/22

*Kimba M. Wood*
HON. KIMBA M. WOOD